# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NOVI FOOTWEAR INTERNATIONAL CO. LIMITED,<br><br>      Plaintiff,<br><br>v.<br><br>EARTH OPCO LLC, WINDSONG CAPITAL MANAGEMENT LLC, WILLIAM SWEEDLER, AND WINGSONG GLOBAL LLC<br><br>      Defendants,<br><br>SECOND AVENUE CAPITAL PARTNERS LLC,<br><br>      Intervenor Defendant. | Civil Action No. 1:22-cv-10952-RGS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Novi Footwear International Co., Limited ("Novi") and Intervenor Defendant Second Avenue Capital Partners LLC ("SACP"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that all claims between Novi and SACP—i.e., SACP's claims set forth in the Amended Intervenor Complaint, ECF No. 111—are dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses, and waiving all rights of appeal.

| | |
|---|---|
| DATED: March 7, 2023 | DATED: March 7, 2023 |
| *Attorneys for Plaintiff Novi Footwear International Co. Limited* | *Attorneys for Intervenor Defendant Second Avenue Capital Partners LLC* |
| */s/ Andrew N. Krinsky* | */s/ Jean-Paul Jaillet* |
| Andrew N. Krinsky (BBO # 280160) | Jean-Paul Jaillet (BBO#: 647299) |
| Jonathan E. Temchin (Pro hac vice) | Samuel N. Rudman (BBO#: 698018) |
| TARTER KRINSKY & DROGIN LLP | John C. Calhoun (BBO#: 694479) |
| 1350 Broadway | Preston F. Bruno (BBO#: 699335) |
| New York, New York 10018 | CHOATE, HALL & STEWART LLP |
| Tel.: (212) 216-8000 | Two International Place |
| Facsimile: (212) 216-8001 | Boston, MA 02110 |
| Email: akrinsky@tarterkrinsky.com | Tel.: (617) 248-5000 |
| Email: jtemchin@tarterkrinsky.com | Fax: (617) 248-4000 |
| | jjaillet@choate.com |
| | srudman@choate.com |
| Adam Sisitsky (BBO # 637532) | jcalhoun@choate.com |
| Ryan Dougherty (BBO # 703380) | pbruno@choate.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. | |
| One Financial Center | |
| Boston, Massachusetts 02111 | |
| Tel.: (617) 542-6000 | |
| Email: alsisitsky@mintz.com | |
| Email: rtdougherty@mintz.com | |

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on March 7, 2023 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Jean-Paul Jaillet*
Jean-Paul Jaillet (BBO#: 647299)