**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NOVI FOOTWEAR INTERNATIONAL CO. LIMITED,<br><br>          Plaintiff,<br><br>     v.<br><br>EARTH OPCO LLC, WINDSONG CAPITAL MANAGEMENT LLC, WILLIAM SWEEDLER and WINDSONG GLOBAL LLC,<br><br>          Defendants. | Civil Action No.: 1:22-cv-10952-MJJ |

## DEFENDANTS' UNOPPOSED MOTION TO ADJOURN HEARING

Defendants Earth OpCo LLC, Windsong Capital Management LLC, William Sweedler, and Windsong Global LLC ("Defendants") hereby move the Court to adjourn the hearing set for April 30, 2026 on the parties' motions for partial summary judgment. *See* Doc. No. 264; Doc. No. 271; Doc. No. 287. Defendants' counsel will be out of the country on April 30 and therefore unavailable to appear. The earliest dates on which all parties are available for the hearing are May 19-21, 2026. Defendants respectfully request that the hearing be adjourned to one of these dates. Plaintiff does not oppose this request.

Dated: April 6, 2026

Respectfully submitted,

*/s/ Kathryn L. Alessi*
John J. Kuster (admitted *pro hac vice*)
Francesca E. Brody (admitted *pro hac vice*)
Cassandra Liu (admitted *pro hac vice*)
Deborah Sands (admitted *pro hac vice*)
Bennett S. Page (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
787 Seventh Avenue

New York, NY 10019
Telephone: (212) 839-5300
jkuster@sidley.com
fbrody@sidley.com
cassandra.liu@sidley.com
dsands@sidley.com
bpage@sidley.com

Kathryn L. Alessi (BBO #651110)
Allison R. Ferraris (BBO #710964)
SIDLEY AUSTIN LLP
60 State St., 36th Floor
Boston, MA 02109
Telephone: (617) 223-0300
kalessi@sidley.com
aferraris@sidley.com

*Counsel for Defendants*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Kathryn L. Alessi, counsel for Defendants, hereby certify that, in accordance with Local Rule 7.1(A)(2), counsel for Defendants conferred with counsel for Plaintiff by email on March 31 through April 3, 2026 regarding the relief requested in this motion.  Plaintiff is unopposed to the relief requested.

*/s/ Kathryn L. Alessi*
Kathryn L. Alessi

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2026, this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Kathryn L. Alessi*
Kathryn L. Alessi